# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRENDA WILLIAMS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No:  6:12-cv-398-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

---

## ORDER

This cause is before the Court on Plaintiff's appeal on behalf of T.I.L.W. from a final decision of the Commissioner of Social Security denying his application for supplemental security income (Doc. No. 1) filed on March 14, 2012.

The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed May 9, 2013 (Doc. No. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　　The final decision of the Commissioner is hereby **AFFIRMED.**

3.　　The Clerk is directed to enter judgment accordingly, and **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on May 24, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record